# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*Arizona Board of Regents*    v.   *Seattle Genetics Incorporated, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:14-cv-00653-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date: May 12, 2014

The assigned judge hereby recuses from presiding in this case. The Clerk of Court will please assign this case to another district judge by random lot.