| | |
|---|---|
| 1 | C. Mark Kittredge |
| | MKittredge@perkinscoie.com |
| 2 | K. Reed Willis |
| | RWillis@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 2901 North Central Avenue, Suite 2000 |
| 4 | Phoenix, Arizona  85012-2788 |
| | Telephone:  602-351-8000 |
| 5 | *Attorneys for Plaintiff and Counterdefendant* |
| 6 | John E. DeWulf/#006850 |
| | dewulf@rdp-law.com |
| 7 | Jennifer A. Stevens/#024655 |
| | jstevens@rdp-law.com |
| 8 | ROSHKA DEWULF & PATTEN, PLC |
| | One Arizona Center |
| 9 | 400 East Van Buren, Suite 800 |
| | Phoenix, AZ 85004 |
| 10 | Telephone: 602-256-6100 |
| | *Attorneys for Defendant and Counterclaimant* |
| 11 | |
| 12 | *Additional counsel for the parties identified on signature page* |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| The Arizona Board of Regents for and on behalf of Arizona State University, | No. CV-14-00653-PHX-NVW |
| Plaintiff/Counterdefendant, | **JOINT MOTION AND STIPULATION FOR ENTRY OF AN ORDER GOVERNING ESI DISCOVERY** |
| v. | |
| Seattle Genetics, Inc., | |
| Defendant/Counterclaimant. | |

Plaintiff the Arizona Board of Regents ("ASU") and Defendant Seattle Genetics, Inc. ("SeaGen") jointly move and stipulate to entry of the [proposed] Order Governing Discovery of Electronically Stored Information ("ESI"), simultaneously submitted herewith.

DATED this 31st day of July, 2014

| Seattle Genetics, Inc. | The Arizona Board of Regents for and on behalf of Arizona State University |
|---|---|
| By its attorneys, | By its attorneys, |
| *s/ Bonnie M. Grant* | s/ *C. Mark Kittredge* |
| _____ | _____ |
| KILPATRICK TOWNSEND STOCKTON LLP | C. Mark Kittredge |
| James G. Gilliland, Jr. | MKittredge@perkinscoie.com |
| jgilliland@kilpatricktownsend.com | K. Reed Willis |
| Bonnie M. Grant | RWillis@perkinscoie.com |
| bgrant@kilpatricktownsend.com | Perkins Coie LLP |
| Two Embarcadero Center, Eighth Floor | 2901 North Central Avenue, Suite 2000 |
| San Francisco, CA 94111 | Phoenix, Arizona 85012-2788 |
| Telephone: (415) 576-0200 | Telephone: (602) 351-8000 |
| Facsimile: (415) 576-0300 | Facsimile: (602) 648-7032 |
| | |
| Susan M. Spaeth | William W. Adolfsen |
| sspaeth@kilpatricktownsend.com | WAdolfsen@perkinscoie.com |
| Matthew J. Meyer | Perkins Coie LLP |
| mmeyer@kilpatricktownsend.com | One East Main Street, Suite 201 |
| 1080 Marsh Road | Madison, Wisconsin 53703 |
| Menlo Park, CA 94025 | Telephone: 608.663.7460 |
| Telephone: (650) 326-2400 | Facsimile: 608.663.7499 |
| Facsimile: (650) 326-2422 | |
| | Attorneys for Plaintiff |
| Dario Machleidt | The Arizona Board of Regents for and on behalf of Arizona State University |
| dmachleidt@kilpatricktownsend.com | |
| 1420 Fifth Avenue, Suite 4400 | |
| Seattle, WA 98101 | |
| Telephone: (206) 467-9600 | |
| Facsimile: (206) 623-6793 | |
| | |
| ROSKA DeWULF & PATTEN, PLC | |
| John E. DeWulf | |
| dewulf@rdp-law.com | |
| Jennifer A. Stevens | |
| jstevens@rdp-law.com | |
| One Arizona Center | |
| 400 East Van Buren, Suite 800 | |
| Phoenix, AZ 85004 | |
| Telephone: 602-256-6100 | |
| Facsimile: 602-256-6800 | |
| | |
| Attorneys for Defendant and Counterclaimant Seattle Genetics, Inc. | |

- 1 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 31, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF Registrants, and to the extent any party is not a CM/ECF Registrant at the time of filing, a copy is mailed this date by U.S. Mail.

                *s/ Janet Roe*

LEGAL122905959.1