C. Mark Kittredge (#013907)
MKittredge@perkinscoie.com
K. Reed Willis (#028060)
RWillis@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
DocketPHX@perkinscoie.com

William W. Adolfsen (*admitted pro hac vice*)
WAdolfsen@perkinscoie.com
PERKINS COIE LLP
One East Main Street, Suite 201
Madison, Wisconsin  53703
Telephone:  608.663.7460
Facsimile:  608.663.7499

Attorneys for Plaintiff The Arizona Board of
Regents

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Arizona Board of Regents for and on behalf of Arizona State University,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>Seattle Genetics, Inc.,<br><br>Defendant/Counterclaimant. | No. CV-14-00653-PHX-NVW<br><br>**ARIZONA STATE UNIVERSITY'S SECOND NOTICE OF SEATTLE GENETICS, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6) (TOPICS 8-26)** |

TO:    All Parties

AND TO:       Their Counsel of Record

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 30(b)(6), that Plaintiff and Counterdefendant the Arizona Board of Regents for and on behalf of Arizona State University ("ASU") will take the deposition upon oral examination of Seattle Genetics, Inc. ("SeaGen"), through the testimony of one or more of SeaGen's officers, directors, managing agents, or other persons who consent to testify on SeaGen's

1  behalf, that SeaGen shall designate, concerning the matters set forth on the attached

2  Schedule A.

3       The deposition will be taken before a duly authorized notary public or other officer

4  authorized to administer oaths on November 4, 2014 at 9:00 a.m., and thereafter from day

5  to day until the taking of such deposition may be adjourned, at the offices of Perkins Coie

6  LLP, 1201 3rd Ave. #4900, Seattle, WA 98101.   The testimony will be recorded

7  stenographically and by means of sound and videographic recording.  Under Federal Rule

8  of Civil Procedure 30(b)(3)(B), ASU reserves the right to use the video or sound

9  recording at trial or any other proceeding in this or any related action.

10

11  Dated:  October 9, 2014                    s/ *K. Reed Willis*

12                                             C. Mark Kittredge
                                               K. Reed Willis
                                               **PERKINS COIE LLP**
13                                             2901 North Central Avenue, Suite 2000
                                               Phoenix, Arizona  85012-2788

14                                             William W. Adolfsen
15                                              (*admitted pro hac vice*)
                                               **PERKINS COIE LLP**
16                                             One East Main Street, Suite 201
                                               Madison, Wisconsin  53703

17                                             Attorneys for Plaintiff
18                                             The Arizona Board of Regents for and on
                                               behalf of Arizona State University

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SCHEDULE A**

**DEFINITIONS**

As used herein, the following terms have the following meanings:

1.      The terms "You," "Your," "SeaGen," or "Seattle Genetics" shall mean Seattle Genetics, Inc., any predecessors, or successors, any affiliates of any of the foregoing, and any of the foregoing's directors, officers, employees, agents, or contractors.

2.      "ASU" shall mean the Arizona Board of Regents, Arizona State University, any predecessors, or successors, any affiliates of any of the foregoing, and any of the foregoing's directors, officers, employees, students, agents, or contractors including but not limited to Arizona Science and Technology Enterprises.

3.      "2000 License Agreement" shall mean the license agreement between ASU and SeaGen entered into on February 2, 2000.

4.      "2004 Amendment" shall mean Amendment No. 3 to the 2000 License Agreement entered into on August 17, 2004.

5.      "Answer" or "Cross-complaint" shall mean the cross-complaint You filed in the United States District Court for the District of Arizona, 14-cv-00653-NVW, Dkt. No. 10.

6.      "AE" or "Auristatin E" shall mean any synthetic variant of dolastatin 10 having the chemical structure described in Paragraph 36 of Your Answer and Paragraph 8 of Your Cross-complaint.

7.      "MMAE" or "monomethyl Auristatin E" shall mean any synthetic variant of dolastatin 10 having the chemical structure described in Paragraph 36 of Your Answer and Paragraph 12 of Your cross-complaint.

8.      The term "the '483 patent" or "Asserted Patent" means U.S. Patent No. 5,635,483 issued on December 3, 1992.

### MATTERS ABOUT WHICH TESTIMONY MAY BE REQUIRED

8.   Revenues, costs, profits for sales of ADCETRIS in the US.

9.   Revenues, costs, profits for sales of ADCETRIS worldwide for those that use MMAE manufactured in the US.

10.  Your sub-licensing of ASU's technology, patent rights, or know-how including all co-development agreements and collaboration agreements, and all communications or negotiations between sub-licensees, collaborators, or co-developers.

11.  The value of MMAE in the sale of ADCETRIS including an apportionment of the value of ADCETRIS to MMAE.

12.  The usefulness and utility of ADCETRIS or MMAE over current cancer treatments including the penetration rate of ADCETRIS in the market.

13.  Internal or external valuation of your ADC technology, linker technology and cytotoxic compounds

14.  The factors used by you to determine which cytotoxic compound to use in an ADC.

15.  The valuation of the technology contained in any outbound license agreement, collaboration agreement, or co-development agreement involving MMAE, your linker technology, your ADC technology, or your cytotoxic agents.

16.  The valuation of your patents related to MMAE, or your linker technology, or ADC technology, or any cytotoxic compound.

17.  Your policies or practices related to the assessment of value, benefits, return on investment or monetary gain from your MMAE technology, linker technology, ADC technology, or any cytotoxic compound.

18.  Your research and development cost related to MMAE technology, linker technology, ADC technology, or any cytotoxic compound.

19.  The features of ADCETRIS marketed to physicians or potential customers including market surveys, research or studies.

20.  The features of MMAE marketed to physicians, potential licensees, co-developers, or collaborators including market studies, surveys, or reports.

21.  The projected revenue, costs, profits or sales of ADCETRIS at the time you received approval from the Food and Drug Administration to market ADCETRIS in August 2011.

22.  Market share studies, evaluations, analysis or reports, both external and internal, of ADC technology, and ADC use.

23.  Any acquisition of patents or know-how related to ADC technology, linker technology, or cytotoxic compounds

24.  Any inbound licensing by You of linker technology, ADC technology, or cytotoxic compounds from any other entity.

25.   Your licensing practices and policies related to patents about MMAE, ADC technology, linker technology or cytotoxic compounds.

26.   The pricing of ADCETRIS including your pricing procedures and strategy.

**CERTIFICATE OF SERVICE**

☒      I hereby certify that on October 9, 2014, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John E. DeWulf
dewulf@rdp-law.com
Jennifer A. Stevens
jstevens@rdp-law.com
Roshka DeWulf & Patten, PLC
One Arizona Center
400 East Van Buren Street, Suite 800
Phoenix, Arizona  85004

James G. Gilliland, Jr. (*admitted pro hac vice*)
jgilliland@kilpatricktownsend.com
Bonnie M. Grant (*admitted pro hac vice*)
bgrant@kilpatricktownsend.com
Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111

Susan M. Spaeth (*admitted pro hac vice*)
sspaeth@kilpatricktownsend.com
Matthew J. Meyer (*admitted pro hac vice*)
mmeyer@kilpatricktownsend.com
Kilpatrick Townsend & Stockton LLP
1080 Marsh Road
Menlo Park, California  94025

Dario A. Machleidt (*admitted pro hac vice*)
dmachleidt@kilpatricktownsend.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 4400
Seattle, Washington 98101

                         s/Brenda G. Lumm

LEGAL123737866.1

-6-